Order entered October 26, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00908-CR

### KEVIN MONROE AMOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34685-U**

## ORDER

The Court **ORDERS** court reporter Peri Wood to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1, 3, 43, 46, 47, 65, 73, and 74, DVDs. The DVD exhibits shall be filed in the proper electronic format.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court, and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE